UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Criminal No. 08-612 |
| GLENDA BLACKMON | : ORDER FOR CONTINUANCE |

A criminal Indictment charging the defendant with conspiracy to steal government property, contrary to Title 18, United States Code, Section 641, in violation of Title 18, United States Code, Section 371, having been filed on January 8, 2009; and the defendant having appeared before the Court for an arraignment on February 10, 2009; and the defendant having been represented by John D. Caruso, Esq.; and bail having been set by the Court; and the defendant and her counsel being aware that a trial in this matter ordinarily must commence within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and zero continuances having previously been granted by the Court; and the parties having now reached a plea agreement; the defendant hereby requests a first continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the defendant to enter her guilty plea pursuant to the plea agreement; the Government having agreed to this continuance; and for good cause shown;

IT IS on this __17th__ day of April 2009,

ORDERED that the time period from April 17, 2009, to and including June 16, 2009, shall be excluded in calculating the time within which the trial in this matter must commence under the Speedy Trial Act for the following reasons:

1. The defendant, through her counsel, has requested additional time in order to enter

her guilty plea pursuant to the plea agreement reached by the parties and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

*[signature]*

Scott B. McBride
Assistant U.S. Attorney

*[signature]*

John D. Caruso, Esq.
Counsel for Glenda Blackmon

*[signature]*

HONORABLE JOSE L. LINARES
United States District Judge