PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Glenda Blackmon             Cr.: 08-00612-004
                                                                              PACTS #: 53961

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 11/18/09

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 5 months imprisonment; 3 years supervised release with conditions of 5 months home confinement, drug testing and treatment, full financial disclosure, no new debt, and DNA testing.

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/24/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for morphine on October 13, 2010. |

U.S. Probation Officer Action:

The offender is currently receiving treatment at Integrity House to address relapse issues, and she was returned to phase one of the random urine monitoring program.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 11/05/10

*The Courts endorsement of the petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/15/10
Date